

# NUMBER 13-20-00205-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**MELISA ANN ZAMORA,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

## On appeal from the 105th District Court of Nueces County, Texas.

# MEMORANDUM OPINION

## Before Chief Justice Contreras and Justices Longoria and Perkes
## Memorandum Opinion by Justice Longoria

Counsel for appellant filed a motion to dismiss her appeal. In a signed attachment, appellant swore to all the facts in the motion. We find the motion and attachment together meet the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and her attorney must sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we GRANT the

motion to dismiss and DISMISS the appeal.

Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

NORA L. LONGORIA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
17th day of September, 2020.